TIMOTHY B. McCAFFREY, JR. (S.B. #192114)
THE LAW OFFICES OF TIMOTHY B. McCAFFREY, JR.
A Professional Corporation
11377 West Olympic Boulevard, Suite 500
Los Angeles, California 90064-1683
Telephone: (310) 882-6407                                      JS-6
Facsimile: (310) 882-6359
E-Mail:  tmccaffrey@tbmlaw.net

Attorneys for Defendant
Marriott International, Inc. (incorrectly
identified as Marriott Beach Hotel)

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MARIA GOMEZ,<br><br>        Plaintiff,<br><br>   vs.<br><br>MARRIOTT BEACH HOTEL, and DOES 1-10, inclusive,<br><br>        Defendant. | CASE NO. CV 13-2101 PA (SHx)<br><br>*Assigned to Hon. Percy Anderson*<br><br>**JOINT STIPULATION AND ORDER DISMISSING ACTION WITH PREJUDICE** |

Pursuant to Rule 41(a) of the Federal Rule of Civil Procedure, Plaintiff Maria Gomez ("plaintiff"), on the one hand, and defendant Marriott International, Inc., incorrectly identify as "Marriott Beach Hotel" ("defendant"), on the other, hereby stipulate as follows:

Plaintiff's complaint and all causes of action that are or could have been asserted therein against defendant or its agents, whether currently pending or previously dismissed, shall be dismissed with prejudice.

The parties further stipulate and agree that no party has prevailed as to any of plaintiff's claims and that each side shall bear his, its, or their own costs and attorneys' fees.

DATED: September ___, 2013        LAW OFFICES OF ED K. BASSEY

By _____
Ed K. Bassey

Attorneys for Plaintiff
Maria Gomez

DATED: September ___, 2013        THE LAW OFFICES OF
TIMOTHY B. McCAFFREY, JR.

By _____
Timothy B. McCaffrey, Jr.

Attorneys for Defendant
Marriott International, Inc.
(incorrectly identified as Marriott Beach Hotel)

IT IS SO ORDERED.

DATED: October 15, 2013  _____  _____
Hon. Percy Anderson
United States District Court Judge